IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH WACO, | | No. CIV S-09-1693-CMK-P |
| | Petitioner, | |
| | vs. | ORDER |
| FERNANDO GONZALES, | | |
| | Respondent. | |
| _____/ | | |

   Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The petition challenges a prison administrative decision made at Ironwood State Prison, which is located in Riverside County.  Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners.  See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973).  Because any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Riverside County, which is within the boundaries of the United States District Court for the Central District of California, this matter should be transferred to that court.  See id. at 499 n.15.

///

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: June 25, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE