# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH WACO, | No. CV 09-4586-CAS (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| FERNANDO GONZALES, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 1/7/10

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE